IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KENNETH HENDERSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:25-cv-181-RAH-JTA ) (WO) |
| OFFICER BIMBO, OFFICER MCCRAY, and MONTGOMERY COUNTY JAIL, | ) ) ) ) |
| Defendants. | ) |

## **ORDER**

On April 15, 2025, the court ordered *pro se* Plaintiff Kenneth Henderson to file an amended complaint and the required conflict disclosure statement not later than April 28, 2025. (Doc. No. 7.) The court warned Henderson:

> **[F]ailure to timely file an amended complaint in compliance with this Order may constitute grounds for dismissal for failure to prosecute this case and for failure to comply with the court's orders. Such dismissal may be with or without prejudice.**

(*Id*. at 7.) Henderson did not respond to the April 15, 2025 Order.

Accordingly, it is ORDERED that, **on or before May 21, 2025**, Henderson shall show cause why this case should not be dismissed for failure to prosecute this case and for failure to comply with the court's orders

DONE this 9th day of May, 2025.

/s/ Jerusha T. Adams
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE