IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KENNETH HENDERSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CASE NO. 2:25-CV-0181-RAH-JTA |
| OFFICER BIMBO, et al., | ) ) ) |
| Defendants. | ) ) |

## ORDER

On April 15, 2025, the Magistrate Judge ordered Plaintiff to file an amended complaint that complies with the Federal Rules of Civil Procedure and pertinent pleading standards. (*See* doc. 7.) Plaintiff failed to file an amended complaint as ordered, or any responsive pleading. Plaintiff also failed to file a disclosure statement despite being ordered to do so, and failed to respond to a show cause order. (*See* docs. 7 & 8.) Therefore, on July 7, 2025, the Magistrate Judge recommended that this case be dismissed without prejudice because Plaintiff failed to comply with multiple orders of the court and failed to prosecute his case. (*See* doc. 9.) Plaintiff has not filed an objection.

After an independent review of the file, for good cause, and there being no objection, it is **ORDERED** as follows:

(1) The Recommendation (doc. 9) is **ADOPTED**; and,

(2) This case is **DISMISSED** without prejudice.

Final Judgment will be entered separately.

DONE, on this the 28th day of July 2025.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE